IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
GREENSBORO DIVISION

| | |
|---|---|
| SHUO NIU, MD; and <br> YIYANG WANG, <br><br> *Plaintiffs*, <br><br> v. <br><br> MARCO A. RUBIO, in his official capacity as U.S. Secretary of State; JENNIFER L. WERONSKI, in her official capacity as Chief, Waiver Review Division, U.S. Department of State; KRISTI NOEM, in her official capacity as the United States Secretary of Homeland Security; JOSEPH B. EDLOW, in his official capacity as the Director of U.S. Citizenship and Immigration Services; TRACY TARANGO, in her official capacity as the U.S. Citizenship and Immigration Services, Director of the California Service Center; and JOHN M. ALLEN, in his official capacity as the U.S. Citizenship and Immigration Services, Director of the Texas Service Center, <br><br> *Defendants*. | Civil Action No. 1:25-cv-1062 |

**NOTICE OF APPEARANCE**

Please take notice that attorney Thomas E. Fulghum will appear as local counsel for the Plaintiff in the above captioned case.

November 21, 2025

Respectfully submitted,

s/*Thomas E. Fulghum*
THOMAS E. FULGHUM

NC Bar No. 25517
Thomas E. Fulghum, Attorney at Law, PA
1858 Hillandale Road, Suite 400
Durham, NC 27705
P: 919-688-0900
F: 866-276-9570
Email: tom@tomfulghumlaw.com

Attorney for the Plaintiff

2